# NEWMAN & GREENBERG LLP
ATTORNEYS
950 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL. (212) 308-7900
FAX (212) 826-3273

RICHARD A. GREENBERG
STEVEN Y. YUROWITZ

WILLIAM J. DOBIE

**MEMO ENDORSED**

GUSTAVE H. NEWMAN (1927-2017)

May 11, 2020

**BY ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Goldbrener, et al.,* 18-Cr-614 (KMK)
**(Defendant Schwartz's Unopposed Request for An Additional Extension to File Objections to the PSR)**

Dear Judge Karas:

This firm represents Moshe Schwartz in the above-referenced matter. Sentencing in this matter has been adjourned until July 15, 2020. Your Honor previously adjourned Mr. Schwartz's time to make objections to the PSR to May 11, 2020. Unfortunately, we did not anticipate how severely the current pandemic would affect our firm and our ability to operate. For example, for most of the past month, my partner, who oversees much of the firm's writing, was bedridden and under a doctor's care. Thankfully he is now doing much better now and able to devote time to firm matters.

As a result, I am writing now to request an additional one-week extension within which to file Mr. Schwartz's objections to the PSR. I have communicated with AUSA Michael Maimin, and the government has no objection to the requested relief.

Accordingly, we respectfully request that Mr. Schwartz's time to object to the PSR be extended to May 18, 2020.

Granted.

So Ordered.

*/s/ KMK*

5/11/20

Respectfully submitted,

*/s/ Steven Y. Yurowitz*

Steven Y. Yurowitz

cc: All government counsel (by ECF)
All defense counsel (by ECF)
USPO Deanna Paige (by email)