**NEWMAN & GREENBERG LLP**
ATTORNEYS
950 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL. (212) 308-7900
FAX (212) 826-3273

**MEMO ENDORSED**

RICHARD A. GREENBERG
STEVEN Y. YUROWITZ
—
WILLIAM J. DOBIE

GUSTAVE H. NEWMAN (1927-2017)

October 20, 2020

**BY ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  *United States v. Goldbrener, et al.*, 18-Cr-614 (KMK)
**(Request for Adjournment on Consent)**

Dear Judge Karas:

I am counsel to Moshe Schwartz in the above referenced matter. Mr. Schwartz's sentencing submission is currently due on October 22, 2020. With the government's consent, I am writing to request a 2-week adjournment of Mr. Schwartz's time to submit his sentencing memo.

This is adjournment is necessitated by the fact that for the past several weeks I have been preoccupied with the medical needs of a close family member who is in the ICU on a ventilator. As a result, I have been unable to devote the necessary care and attention required to finalize Mr. Schwartz's sentencing submission.

Accordingly, I respectfully request that the due date for Mr. Schwartz's sentencing submission be adjourned until November 5, 2020.

Granted.

So Ordered.

*[signature]*
10/21/20

Respectfully submitted,

*[signature]*
Steven Y. Yurowitz

cc:  All government counsel (by ECF)
     All defense counsel (by ECF)