**NEWMAN & GREENBERG LLP**
ATTORNEYS
950 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL. (212) 308-7900
FAX (212) 826-3273

RICHARD A. GREENBERG GUSTAVE H. NEWMAN (1927-2017)
STEVEN Y. YUROWITZ
—
WILLIAM J. DOBIE

March 29, 2022

**BY EMAIL**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

 Re: *United States v. Goldbrener, et al.,* 18-Cr-614 (KMK)
 **(Defendant Schwartz's Consent Motion to Adjourn Sentencing)**

Dear Judge Karas:

 I am writing on behalf of Moshe Schwartz, one of the defendants in the above-referenced matter, to request an adjournment of his sentencing currrently scheduled for April 26, 2022. Your Honor had previously adjourned Mr. Schwartz's sentence to permit Mr. Schwartz to be examined by doctors at the Mayo Clinic in Phoenix, Arizona. As a result of that exam, Mr. Schwartz has been ordered to undergo a battery of testing to occur over the period of May 2 through May 5, 2022. I have communicated with AUSA Michael Maimon, and the government consents to adjourn Mr. Schwartz's sentence for several weeks after that testing so that counsel can provide the Court prior to sentencing with the testing results, along with any recommended course of treatment.

 Accordingly, Mr. Schwartz respectfully requests 1) that his bail conditions be modified to permit his travel to Phoenix, Arizona to conduct the foregoing testing; and 2) that sentencing in this matter be adjourned until May 19, 2022, or a date thereafter convenient to the Court.

 Respectfully submitted,

 Steven Y. Yurowitz

cc: AUSA Michael Maimin (by email)