**NEWMAN & GREENBERG LLP**
ATTORNEYS
950 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL. (212) 308-7900
FAX (212) 826-3273

RICHARD A. GREENBERG                                                       GUSTAVE H. NEWMAN (1927-2017)
STEVEN Y. YUROWITZ
—
WILLIAM J. DOBIE

May 20, 2022

**BY EMAIL**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

        Re:  *United States v. Goldbrener, et al.,* 18-Cr-614 (KMK)
              **(Defendant Schwartz's Consent Motion to Adjourn Sentencing)**

Dear Judge Karas:

      I am writing on behalf of Moshe Schwartz, one of the defendants in the above-referenced matter, to request an adjournment of his sentencing currently scheduled for May 26, 2022. The requested adjournment is necessitated by the fact that 1) Mr. Schwartz is still undergoing testing by the Mayo Clinic, which I am informed will be completed in early June, and 2) counsel is still waiting for certain information and documents from the government related to areas of dispute between the parties. The government has informed me that it anticipates providing that information to counsel "shortly." The parties agree to an adjournment to the first available date after June 15, 2022, which will permit counsel to receive the foregoing information, and assimilate it into an updated sentencing submission to the Court.[1]

      Accordingly, with the government's consent, Mr. Schwartz respectfully requests that sentencing in this matter be adjourned until the first available date after June 15, 2022 with the exception of July 29 through August 5.

                                                      Respectfully submitted,

                                                      Steven Y. Yurowitz

cc: AUSA Michael Maimin (by email)

---

[1] The 9-day period of July 29 through August 6 is an inauspicious period in Judaism that mourns the destruction of the Jewish Temple, and one when Orthodox Jews are religiously advised from going to Court. Accordingly, the government consents to counsel's request that no sentencing occur during this period.