# EXHIBIT I

# Abraham Schwartz
## 58 Old Quaker Hill Rd.
## Monroe, NY 10950

The Hon. Kenneth M. Karas
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Dear Judge Karas,

I am writing to you to share with you what I know and how I feel about my beloved brother Moshe Schwartz.

I feel that I am in a unique position to tell you who Moshe is, because of the of the brotherhood I have enjoyed with (from) him for over 30 years.

**A little bit about my self,**

I grew up on a semi rural street in Monroe, NY. My father was mostly absent for work during the weekdays, and my mother had to raise as many as 12 children at once. I am the 12th child and my oldest sister who was 18 when I was born took off from work to assist. My sister tried to give us as much attention as possible, but being lost between 12 siblings I always needed more. I remember - and for always will be grateful - growing up knowing Moshe as THE adult in the room, that you could never fight with him -as I know now, that it takes 2 to make a fight- and always getting support.

The turning point in my life came when I was just 11 years and I came home from school one cold winter night, to find out that my mother had been rushed to the emergency room with a ruptured aneurysm.

My mother survived, but never fully recovered and shortly thereafter I went to study in a Yeshiva in Montreal, Quebec, later moving back to Queens, New York until I finally married and settled in Orange County, New York, just over a mile from Moshe.

Today I have a wife and 8 children and finally purchased my own home in 2019 and I cannot envision how all of that would have happened without Moshe's help.

**And now a little bit about Moshe,**

Moshe with his fine character was the role model in our family. Moshe was the one I always looked up to when I came back home from yeshiva, enjoying his smile, calmness, and support. From the time my mother went to the emergency room and I had no idea how to deal with a situation like this it was Moshe who took me into his own home, taking care of me and my siblings as if he had nothing else going on in his life and despite the fact that he spent countless hours in the hospital with our mother taking great care of her, he still managed to ensure that we at home are happy as if he had no other care or worry in the world.

From then on, Moshe became my greatest mentor and best friend, always listening, giving comfort, providing solutions and working behind the scenes to eliminate conflicts, life bumps etc.

Moshe helped me prepare for yeshiva and Canada and followed up routinely with patience and compassion, I had and still have just one person in my life that I can easily reach out, whether its 5 in the morning or 12 at night,

# Abraham Schwartz
## 58 Old Quaker Hill Rd.
## Monroe, NY 10950

whether it was to assist after I was expelled from school, was arrested for driving without a license, or I needed help with my relationships or with rent payments.  Moshe never lashed out but was willing and happy to help, and at the same time guiding me towards self-sufficiency and a path towards happiness.

Last month, I turned 35 and I am still learning more and more, the magnitude of the character and personality that Moshe possesses, for the last 15 years there is no man I have spoken to more often than Moshe in person and on the phone, watching him jumping into hot water or a frozen lake to lend a hand for my two younger brothers, his nephews and nieces, neighbors or strangers, all of us who can not imagine of a life without Moshe.

**Moshe in the community,**

Every growing community needs a heart and someone's good will, Moshe never turned away any plea for help, let it be emotional, financial or any other type of support. Whether it was a fully settled person whose life suddenly turned upside down, a family dealing with a health crisis or an immigrant in desperate need of welcoming hands, all knew that Moshe will not rest until they are settled.

A special sensitive group is known in the Jewish community as "Chevra Kadisha."  The Chevra is the organization responsible for the care given to the deceased.  In the Orthodox Jewish community, this job is not done by a company or paid employees, but by a select group of volunteers of the finest characters that everyone is comfortable having their finals handled by them. Moshe is a leading member in the "Chevra Kadisha" for over 25 years, volunteering his assistance day and night, rain or snow, blizzard or hurricane, it all made no difference to Moshe and his willingness to compromise himself for others.

**Moshe and our family,**

Like almost every family, our family had -- and still has -- its own challenges, whether its physical and mental health of the family members, financial hardship, parenthood and marital relationships or any other difficulties a family member may face.  It was always Moshe who was there to provide unimaginable support in any way possible, spending countless night if one of us had to be in the hospital, or working with professionals in any field to help get us through.

It was no less than 20 years since my mother suffered a ruptured aneurysm until she passed away after two years of terribly suffering with adrenal cancer, during this entire time Moshe has been not only the source of light for the entire family, aiding and guiding with clarity, but also, a life support to our mother, making sure that she was the happiest possible no matter how much time and money is cost him, his physical presence next to her became her oxygen. During the many times of many weeks  and months she was hospitalized, Moshe did not hesitate to attend to her for the vast majority of time, and at the same time taking care of his growing family, never lashing out to anyone anytime, and this is something I never came to grasp how a person - not him self in the best health condition – could handle so much stress for others and not giving a hoot about himself.

There are countless times when I saw this action.

**Plea for mercy,**

At the conclusion, as a human has to understand, I acknowledge that accountability and fairness are fundamental to a healthy society, I am begging Your Honor to consider the character of Moshe, his wife and eight children still at

# Abraham Schwartz
## 58 Old Quaker Hill Rd.
## Monroe, NY 10950

home depending on him, when deciding on his future. In the last three years Moshe has taken a beating, it has been a burden on me, my wife and our eight children, all of whom have been looking out for their truly best uncle, they need his smile, support and words of wisdom that offered them all the time. And lastly, whatever sentence Your Honor might impose, I am praying for you and Moshe, that the Almighty bless you and your family with all the good of this world and the world to come.

**Hoping for the Best,**

*[signature]*

**Abraham Schwartz**