# EXHIBIT J

# HACKENSACK NEUROLOGY GROUP

Dev R. Gupta, MD•*
Damon M. Fellman, MD•*
Anthony I. Marquinez, MD•
Mario Vukic, MD•
Mukesh Solanky, MD•
John F. Nogueira, MD•
Michael P. Silverstein, MD•
Subasini Dash, MD•*
•Diplomates in Neurology, ABP&N
*Diplomates in Stroke and Vascular Neurology, ABP&N

211 Essex Street, Suite 202
Hackensack, NJ 07601
Tel: 201-488-1515
Fax: 201-488-9471

Melani Esquivel
*Office Manager*

www.hackensackneurologygroup.com

June 1, 2022

RE: Schwartz, Moshe

Mr. Schwartz has been a patient of our practice since September of 2010. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

If I can be of any further assistance in this matter please do not hesitate to contact me.

Sincerely,

Mario Vukic, M.D.