UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

UNITED STATES OF AMERICA,

                        Plaintiff,                **MEMORANDUM**

    -against-

Moshe Schwartz

                                                  7:18-cr-00614-KMK-5

                    Defendant.

---------------------------------------------------------------x

TO:  <u>Hon., United States District Judge Karas:</u>

      Please find attached a transcript of the 2/6/2020 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: June 7, 2022
       White Plains, New York

                                                  Respectfully Submitted,

                                                  s/ Paul E. Davison

                                                  _____

                                                  PAUL E. DAVISON
                                                  United States Magistrate Judge