NEWMAN & GREENBERG LLP **MEMO ENDORSED**
ATTORNEYS
950 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL. (212) 308-7900
FAX (212) 826-3273

RICHARD A. GREENBERG
STEVEN Y. YUROWITZ

GUSTAVE H. NEWMAN (1927-2017)

WILLIAM J. DOBIE

July 7, 2022

**By ECF**
Hon. Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Goldbrener, et al.,* 18-Cr-614 (KMK)
**(Unopposed Motion to Extend Moshe Schwartz's Time to Surrender)**

Dear Judge Karas:

I am writing to request an approximate 1-month extension of Mr. Schwartz's time to
surrender. Currently Mr. Schwartz is scheduled to surrender July 12, 2022, but has yet to be
designated by the BOP. In setting a July 12 surrender date, Your Honor recognized that Mr.
Schwartz may not be designated by that time and invited an application to extend Mr. Schwartz's
time to surrender should that be the case.

I have communicated with AUSA Michael Maimin and the government has no objection
to this request.

Accordingly, I respectfully request that Mr. Schwartz's time to be designated be extended
from July 12, 2022 to Monday, August 15, 2022.

Granted.

So Ordered.

7/7/22

Respectfully submitted,

Steven Y. Yurowitz

cc: AUSA Michael Maimin (by ECF)