UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA | ~~PROPOSED~~ ORDER EXONERATING BOND |
| v. | |
| MOSHE SCHWARTZ, | 18-CR-614 (KMK) |
| Defendant. | |

WHEREAS, on August 29, 2018, this Court ordered the release of Mr. Schwartz on a $500,000 bond, to be co-signed by two financially responsible persons.

WHEREAS, Mr. Schwartz has fully complied with the terms of his bond.

WHEREAS, on June 9, 2022, this Court sentenced Mr. Schwartz to a 27-month term of imprisonment.

IT IS HEREBY ORDERED, upon the application of counsel for Mr. Schwartz, that Mr. Schwartz's bond in this matter is hereby exonerated and released, and all suretors on Mr. Schwartz's bond are also released from any liability in connection with said bond.

IT IS FURTHERED ORDERED, that U.S. Pretrial Services or any other agency that has custody of Mr. Schwartz's passport return it to Mr. Schwartz or Mr. Schwartz's counsel in this matter.

Dated: White Plains, New York
       March  31 , 2023

SO ORDERED

_____
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York